UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **OSMANI RAMIREZ-MORALES**, | § |
| | § |
| *Petitioner*, | § |
| | § |
| v. | § |
| | §   EP-25-CV-00476-DCG-RFC |
| **TODD M. LYONS, et al.**, | § |
| | § |
| *Respondents*. | § |

## ORDER

On this day, the Court considered Petitioner Osmani Ramirez-Morales' Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, ECF No. 1.

**IT IS HEREBY ORDERED** that this matter is **SET** for a **HEARING** before Magistrate Judge Robert F. Castañeda on **Monday, November 17, 2025**, at 9:00 a.m. in Courtroom 612, United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901.  The parties are directed to appear at the hearing prepared to address the merits of the case and submit any supporting evidence.

Respondents are **FURTHER ORDERED** to make all necessary arrangements for Petitioner's presence at the hearing. *See* 28 U.S.C. § 2243 ("[T]he person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.").

**SO ORDERED** and **SIGNED** this 13th day of November, 2025.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**